# EXHIBIT  A

FILED
08-15-2024
Circuit Court
St. Croix County,  WI
2024CF000232

**STATE OF WISCONSIN        CIRCUIT COURT        ST. CROIX COUNTY**

|  |  |  |
|---|---|---|
| STATE OF WISCONSIN<br>              Plaintiff,<br><br>vs.<br><br>MADISON LYNN BERGMANN<br>5500 Lake Elmo Ave. N.<br>Lake Elmo, MN 55042<br>DOB: 10/16/1999<br>Sex/Race: F/U<br>Eye Color: Brown<br>              Defendant. | DA Case No.: 2024SC001067<br>Assigned DA/ADA: Alysja Otten<br>Agency Case No.: HU202402234<br>Court Case No.: 2024CF000232<br><br>ATN: 56002000263748<br><br><br><br><br>**AMENDED CRIMINAL COMPLAINT** | <br><br><br><br><br><br><br><br><br>*For Official Use* |

The undersigned Complainant, being first duly sworn, states that:

### Count 1: 1ST DEGREE CHILD SEXUAL ASSAULT - SEXUAL CONTACT WITH A CHILD UNDER AGE 13

The above-named defendant on or between April 8, 2024 and April 27 2024, in the City of Hudson, St. Croix County, Wisconsin, did have sexual contact with a person who has not attained the age of thirteen, VICTIM, DOB 10/14/2012, contrary to sec. 948.02(1)(e), 939.50(3)(b) Wis. Stats., a Class B Felony, and upon conviction may be sentenced to a term of imprisonment not to exceed sixty (60) years.

### Count 2: USE OF A COMPUTER TO FACILITATE A CHILD SEX CRIME

The above-named defendant on or between September 29, 2023 and April 29, 2024, in the City of Hudson, St. Croix County, Wisconsin, did use a computerized communication system to communicate with an individual who the actor believed or had reason to believe had not attained the age of 16 years with intent to have sexual contact or sexual intercourse with the individual in violation of s. 948.02 (1) or (2), contrary to sec. 948.075(1r), 939.50(3)(c) Wis. Stats., a Class C Felony, and upon conviction may be fined not more than One Hundred Thousand Dollars ($100,000), or imprisoned not more than forty (40) years, or both.

And furthermore, invoking the provisions of Wisconsin Statute Section 939.617(1), upon conviction the Court shall impose a bifurcated sentence including a term of initial confinement for at least five years.

### Count 3: CHILD ENTICEMENT

The above-named defendant on or between February 7, 2024 and April 29, 2024, in the City of Hudson, St. Croix County, Wisconsin, with intent to have sexual contact with the child in violation of Section 948.02, Wis. Stats., did attempt to cause a child, VICTIM, DOB 10/14/2012, who had not attained the age of 18 years to go into a secluded place, contrary to sec. 948.07(1), 939.50(3)(d) Wis. Stats., a Class D Felony, and upon conviction may be fined not more than One Hundred Thousand Dollars ($100,000), or imprisoned not more than twenty five (25) years, or both.

### Count 4: CHILD ENTICEMENT

The above-named defendant on or between February 7, 2024 and April 29, 2024, in the City of Hudson, St. Croix County, Wisconsin, with intent to cause mental harm, did attempt to cause a child under the age of 18, VICTIM, DOB 10/14/2012, to go into a secluded place, contrary to sec. 948.07(5), 939.50(3)(d) Wis. Stats., a Class D Felony, and upon conviction may be fined

08/15/2024

not more than One Hundred Thousand Dollars ($100,000), or imprisoned not more than twenty five (25) years, or both.

## Count 5: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or about Thursday, March 28, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

## Count 6: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or about April 10, 2024 and April 11, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

## Count 7: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or about Friday, April 19, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

## Count 8: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or about Friday, April 19, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

## Count 9: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or about Thursday, April 25, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

## Count 10: EXPOSE CHILD TO HARMFUL DESCRIPTIONS

The above-named defendant on or between December 26, 2023 and April 29, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a person having attained the age of 17, did verbally communicate, by any means, a harmful description or narrative account to a child, VICTIM, DOB 10/14/2012, with or without monetary consideration, and had knowledge of the character and content of the material and in which the person had face-to face contact with the child before or during the communication, contrary to sec. 948.11(2)(am), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

08/15/2024                                                                 2

STATE OF WISCONSIN - VS - Madison Lynn Bergmann

**PROBABLE CAUSE:**

Your complainant is a Law Enforcement Officer with the St. Croix County Sheriff's Department who in that capacity has read and reviewed the official law enforcement agency reports of Detective Sergeant Hilary Lundberg and Detective/School Resource Officer Traci Hall of the Hudson Police Department, required by law to be made and kept and proved to be true, accurate and reliable in the past as concerns the individual Madison Lynn Bergmann and which reports indicate as follows:

**As Reported by Detective/School Rescource Officer Traci Hall:**

On Wednesday, May 1, 2024, at approximately 1246 hours, I, Detective/SRO Traci Hall, of the Hudson Police Department, was contacted by Rivercrest Elementary School Principal Kim Osterhues. I was requested to come to Rivercrest Elementary School to assist Hudson School District Administrators with a potential issue regarding inappropriate conduct between a current teacher and 5th grade student, VICTIM (DOB: 10/14/12).

Upon arrival, I met with Principal Osterhues, Chief Human Resource Officer Andrea Voelker, and students dad, VICTIM'S FATHER in Osterhues office. During this time, I was provided several printed screen shots of text messages between VICTIM and his teacher Madison Lynn Bergmann. Some of the text exchanges are as follows:

Bergmann: I love having my hand on your chest to like I always did but today I could feel your heart beating so much haha
VICTIM: Haha you put your hand on my chest haha
VICTIM: When
VICTIM: Haha and why it was beating so fast cause I was soo surprised cause u never got away from me and I loved it cause u just kept kissing me
Bergmann: When everyone was cleaning after reading I was standing at the front and you were too and I just put my hand on your chest

Another text thread:
VICTIM: Haha bro I just want to make out with u
Bergmann: I do too! Like allll the time
Bergmann: Also today when you said I know youre mad but I want to kiss you oh my gosh I wanted to grab your face and just push you to the floor and makeout with you.
VICTIM: Haha for real I loved to kiss u on the ground too
VICTIM: Haha
Bergmann: I almost kissed you when you were on the ground today but I got distracted by your stomach

Another text message Bergmann sent to VICTIM was, And you touching my leg I just kept grabbing your hand because I just wanted more of you touching me.

I have attached the above text threads, along with the others that I had received to this report.

After reviewing the messages I was briefed by VICTIM'S FATHER that VICTIM was caught talking with Bergmann on the phone on Monday, April 29, 2024, by VICTIM's mother. VICTIM'S FATHER explained that VICTIM'S MOTHER talked with VICTIM about having conversations with teachers on the phone outside of school is crossing boundaries. Monday evening, VICTIM'S MOTHER emailed Bergmann requesting her to stop talking with VICTIM outside of school. VICTIM'S MOTHER had taken VICTIM's phone at that time.

On Wednesday, May 1, 2024, in the morning, VICTIM'S MOTHER had contacted VICTIM'S FATHER and informed him of the situation. VICTIM'S FATHER then looked through VICTIM's phone and saw some of the concerning conversations that Bergmann and VICTIM were having.

08/15/2024                                        3

With that he and VICTIM'S MOTHER came to Rivercrest Elementary School and reported to Osterhues.

The text messages provided to me were the ones that VICTIM'S FATHER had screen shot from VICTIM's phone. The name of the person VICTIM was communicating with is Madison and the phone number of Madison is the same one that Osterhues has for Bergmann.

I was informed that Bergmann had been removed from the classroom prior to my arrival. She was in a private room sitting with her union representative. I was informed that her cell phone was on her desk in her classroom.

With that I walked down to her classroom with Superintendent Nick Ouellette to retrieve the cell phone. I stayed in the hallway as Ouellette went into the full classroom and grabbed it off the desk. As he entered the hallway he immediately turned the phone over to me at approximately 1335 hours. The phone was put in Airplane mode to protect the data on the phone, and it was turned over to Sergeant Lundberg.

At approximately 1415 hours, I met in the conference room with Sergeant Lundberg, Dr. Ouellette, Voelker, and Bergmann for an interview. The interview was recorded from my body camera.

I read Bergmann the Statement of Rights in which she stated she understood them, and she waived her rights agreeing to speak with me. As the interview started, I asked her if she knew why we were talking, and she stated she assumed since she saw VICTIM's dad at the school. As I asked her to explain further, she stated that she was having phone contact with VICTIM. She explained that during winter break she was invited to go snowboarding at Afton Alps with VICTIM and his family, in which she did. While at Afton she exchanged phone numbers with VICTIM in case they were separated at the snow park. Bergmann went on to say that since then VICTIM has called her four to five times for no particular reason. When I asked her if she had called him, she stated that she did not recall.

When I asked Bergmann if there had been any text messages exchanged between her and VICTIM, she requested a lawyer. I stopped all questioning at that time and all of us left the room except for Bergmann.

Osterhues went and collected Bergmanns belongings from the classroom. Bergmann had a backpack and a lunchbox. I searched the lunchbox and backpack prior to turning them over to Officer Speidel who had arrived to assist with transporting Bergmann to jail. Upon searching the backpack, I observed a folder that had VICTIM's name on it. Inside the folder were many handwritten notes. Also, in the backpack was a small purse that contained Bergmanns photo ID, along with other identifying information. I turned the small purse over to Speidel but kept the backpack as evidence.

The school officials later went back in and provided Bergmann with employment related paperwork. Once that was completed, I placed Bergmann under arrest. I placed handcuffs on her behind her back and double locked them for her safety. I searched her incident to arrest and did not find anything of evidentiary value. I then escorted her to Officer Speidels marked emergency vehicle to be transported to the St. Croix County Jail.

I then met with VICTIM'S FATHER and Investigator Bleskey in Osterhues office. At that time, VICTIM'S FATHER gave Bleskey verbal consent to search VICTIM's phone. VICTIM'S FATHER provided Bleskey with the passcode. Bleskey then took custody of the phone and left the school.

I then met with VICTIM and VICTIM'S FATHER in Osterhues office. During this time, I informed VICTIM that I wanted to talk with him about Bergmann at the police department, which he agreed to do. He also provided verbal consent for the police to search his phone.

VICTIM'S FATHER transported VICTIM to the Hudson Police Department, where I interviewed VICTIM in the West Interview Room. I advised VICTIM of the video and audio recording. I establish the interview expectations of not guessing, correcting me if I am wrong, and the ability to pass on a question. VICTIM also explained the difference between a truth and a lie and promised to only tell the truth.

During the interview, VICTIM stated that he had been communicating with Bergmann outside of school through phone calls and text messages. He explained that he got her phone number when they were snowboarding at Afton Alps with his mom. He stated that they communicate almost daily.

VICTIM informed me that he has asked Bergmann about body development such as pubic hair and female periods. He stated that he was comfortable talking with her about it.

I went through the body diagrams with VICTIM. During this time VICTIM identified that Bergmann has touched his hand, shin, and thigh with her hand. He had touched her hair, back, and leg with his hand. He explained that during independent reading time he would sit next to Bergmann near her desk. He stated that would be a time when she would rub his leg. He stated that he did not believe any of the other kids would see it happening.

As the interview continued, I asked if anything other than conversations happened between the two and he admitted to them kissing. He stated that she told him to stay after class when the bell rang. When the other kids left the classroom, she approached him and kissed him on the mouth. He described himself as sitting on the ground immediately after the kiss as he couldnt believe that it happened and the fact it was his first kiss. He then got up, gave Bergmann a hug, and left the classroom to catch the school bus.

VICTIM alluded to the kiss being planned. When I asked him to explain how he knew that it was going to happen or how it was planned, he explained that they would write each other handwritten notes throughout the day. He stated that the notes she had written him, he would give back to her and she would keep all the notes in a folder.

VICTIM went on to inform me that Bergmann and he had kissed several times in the classroom since March. He explained that often it would be after school or during lunch bunch.

VICTIM also informed me that there were conversations between the two of them about sex and wanting to have sex. VICTIM was very uncomfortable talking with me about their conversations and would not go into detail with me about it.

Throughout the interview I asked VICTIM how he felt about Bergmann and the situation. He made comments about really liking her, trusting her, feeling weird but also liking it. He described having a tingling feeling in his body when she touched/kissed him.

See the recorded interview for further details. After the interview, I briefed VICTIM'S FATHER and answered questions about the upcoming process.

At approximately 1900 hours, Sergeant Lundberg and I met with Dr. Ouellette at Rivercrest. During this time, he escorted us to Bergmanns classroom. I then searched VICTIM's desk. During the search, I located a handwritten note signed with a heart symbol and the name of Madi. The letter starts with; I hate that I did the to you (VICTIM first name). I hate that we cant even look at each other without crying now. I love you so much it hurts. I still look at you and

think about how cute you are, how much I want to run my hand through your curls, and how bad I want to kiss you.  I took the letter as evidence.

A small canvass with the words I Love You From your favorite and bestie and pookie Ezzy Poo! was located on the classroom wall, along with other student artwork.  There was other artwork with the words I Love you from VICTIM on the wall behind Bergmanns desk. Sergeant Lundberg found several other handwritten notes in Bergmanns desk (see supplemental).

**As Reported by Detective Sergeant Hilary Lundberg:**

On 05-01-2024 at approximately 1257 hours while I, Sergeant Lundberg received a text message from SRO Hall on my department issued cell phone advising that she needed to speak with me regarding a complaint that she had at River Crest Elementary School located 535 Cty Tk F in the City of Hudson.  Prior to calling her I was requested by Chief Willems to call him.   I called the Chief who advised me that SRO Hall was responding to River Crest Elementary School in regard to a complaint involving an inappropriate relationship a teacher was having with a student.  I responded to River Crest Elementary School, and located SRO Hall in Principal Kimberly Oesterhues office with a male who was later identified as VICTIM'S FATHER.

I spoke with SRO Hall who informed me that female teacher who identified as Madison L Bergmann 10-16-1999 was having an inappropriate relationship with his son VICTIM 10-14-2012.  SRO Hall stated that VICTIM'S FATHER brought some text messages he had found on VICTIM cellphone and brought them to the school's attention.   SRO Hall had printed screen shots that I was able to read.  The person's name is listed as Madison and there is a photo of a child who I later observed and was identified as VICTIM and an adult female with her arm around VICTIM who I later met and was identified as Bergmann.  I read the messages and noted that Bergmann  tells VICTIM " I love having my hand on your chest to like I always did to but today I could feel your heat beating so much haha".  VICTIM responds "Haha and why it was beating so fast cause I was soo surprised cause  never got away from and I loved it cause u just kept kissing me". Another text Bergmann stated, "And you touching my leg I just kept grabbing your hand because I just wanted more of you touching me".  There was also an image of Bergmann sent wearing a tee shirt and shorts in a mirror that SRO Hall advised was in a bathroom at River Crest Elementary.

SRO Hall left the office for a few moments and I spoke with Oesterhues who told me that on Monday 04-29-2024 VICTIM'S MOTHER overheard VICTIM talking on his cell phone prior to school starting.  VICTIM'S MOTHER later contacted Bergmann and told her that she was not comfortable with her talking to VICTIM outside of school.  Bergmann apologized and told her that she knew it was inappropriate.  Today VICTIM'S FATHER  came to the school to report the text messages between VICTIM and Bergmann.

Superintendent Dr. Ouellette stated that IT personal advised that emails exchanged between VICTIM and Bergmann in the district's email system seized in October of 2023.  The district will be providing the emails to aide with the investigation.

SRO Hall returned to the office with a cell phone that had a lavender case on it and it was identified as Bergmann's.  The phone was placed into airplane mode, and I took custody of the phone.

Bergmann was brought to the office and we met in a conference room with her.  SRO Hall advised Bergmann of her Miranda rights.  Bergmann stated that she understood her rights and agreed to speak with SRO Hall.  Bergmann told SRO Hall in December 2023 during Christmas break VICTIM'S MOTHER had invited her to go snowboarding at Afton Alps with her and VICTIM.  Bergmann went with them and she obtained VICTIM cellphone number at that time. Bergmann claimed that the phone number was exchanged in case they somehow got separated

08/15/2024                                                                                           6

in the ski hills. Bergmann admitted she spoke with VICTIM on the phone four to five times. When asked to explain a conversation they had she said they just talked about what they did over the weekend. Once the topic of text messages came up she asserted her right to counsel and the interview stopped.

School staff brought a lunch bag and a backpack to SRO Hall that were identified as Bergmann's. SRO Hall searched the items incident to arrest. While looking through a gray and black Fila backpack she located a light green wrist style purse that had Bergmann's wallet that contained her Minnesota driver's license. A blue folder was located that had several pieces of paper that appeared to have VICTIM name on them and a manilla envelope was with it. At that time, it was determined to be evidence and the back pack was seized as evidence.

Upon my return to the Hudson Police Department with backpack and the iPhone in a lavender case I completed a search warrant for the black and gray backpack that was signed by the Honorable Edward Vlack (24SW135). It should be noted that there was a typo that stated that VICTIM'S FATHER reported the inappropriate relationship on 04-15-2024. It should have stated 05-01-2024. Detective Ryan Bleskey took custody of the phone and a search warrant will be completed.

Prior to the warrant being signed I reviewed the statute that Bergmann had been originally placed into custody for sexual assault of a child by school staff 948.095(2)(b). This pertains to a person who has turned 16 years of age. The appropriate charge 948.02(1)(e) first degree sexual assault of child. Since Bergmann admitted to touching VICTIM chest in text message to VICTIM and he responds to her that he loved that she kept kissing him. I later called the jail and updated the charges. I was advised that they had located an item in Bergmann's lunch bag that would be evidence for the case. I responded to the jail and was provided a piece of not book paper that stated on one side "To my Pookie" where it discusses hearts in their desk and it was addressed to "hottie". The writer tells them that they love them. (This was later determined to be written by VICTIM to Bergmann once I executed the search warrant of the backpack). I was advised that St. Croix County Deputy Keely had located the note. I took custody of it and returned to the Hudson Police Department .

I executed 24sw135 and took several photos through the process. I started in the most outward pocket (smallest) back to the largest. The smallest pocket and middle pocket did not contain any evidentiary items. The third pocket contained the manilla envelop and blue folder that had documents with VICTIM's name on it. Within the large pocket was a pouch that had several pieces of folded paper.

I first went through the manilla folder and located several notes from VICTIM to Bergmann and one note from Bergmann to VICTIM. The only note from Bergmann was dated 10-11-2023 where she tells him her favorite colors and candy. One to Bergmann VICTIM lists several things that are "good things" about Bergmann. Examples VICTIM provided were her hugs, that she is his bestie, her smile, and that he is her favorite student. Another note that was three sheets of paper taped together and is addressed to "My #1 valintine" and is dated 02-13-2024. VICTIM talks about if he was 22 and he signs it the love of your life (his first name) with a heart. Several of the notes he calls her his pooks and tells her that he loves her.

I then went through the blue folder that contained a few notes from VICTIM to Bergmann, but he majority were from Bergmann to VICTIM. In her notes she tells him that she loves him, wants to kiss him, he turns her on, and that she is obsessed with him. There were a few notes where Bergmann tells him that she needs to the an adult and that what she is doing is not fair to him. Others talked about not texting each other and that she could get in trouble if they were caught. In some of the notes she calls VICTIM "Ezzy or Ezzypoo". In one of her notes she tells VICTIM "One of my cousins is in the 5th grade and I can't imagine a man talking to her how we talk. I know we have a special relationship and I do love you more than anyone in the world but I have to be the adult here and stop." In another note she states "I love you so much! I was sooo

nervous for you to come in here I am still shaking! I still can't believe what is happening! This is soooo weird too but I love the taste you leave in my mouth."

I then went through the pouch and several notes from VICTIM and a few to VICTIM from Bergmann.

At approximately 1900 hours SRO Hall and I went to River Crest Elementary School and obtained Dr. Ouellette's consent to search Bergmann's class room since all it contents are owned by school district. On top of Bergmanns desk was spiral note book that contained a letter written to VICTIM'S MOTHER apologizing for her inappropriate behavior where she denies any physical relationship with VICTIM and that only words were used. I located more notes to Bergmann from VICTIM and note's to him VICTIM from Bergmann. Her desk also had notes from other students, but they appeared to be appropriate.

More information to follow once I read every note.

See SRO Hall's report for further.

I took evidence photos 001 through 200. I also uploaded my body worn camera that will be labeled with the case number and kept for follow up.

Investigation continues.

**Supplemental Narrative By Hilary Lundberg, 05/02/24 17:17**

On 05-02-2024 I, Sergeant Lundberg reviewed all the notes seized on 05-01-2024. From Bergmann's desk, her lunch bag, and contents from her gray/black Fila backpack. There were approximately fifty three notes to VICTIM from Bergmann. There were approximately forty six notes to Bergmann, a drawing, and a note to Abigail Faust from VICTIM.

[…]

Several notes from Bergmann to VICTIM talks about that she loves him, wants to kiss, etc.

Here are specific statements made by Bergmann to VICTIM:

"Okaynow that I said it once I feel like I can just it now- you are hot! Your arms and abs and hair and smile, oh my lord. The thought of you pushing me against a wall and kissing me- it melts me."

"First off I still can't believe we have actually kissed! VICTIM you are the second person in my whole life that I ever kissed! That is so crazy! And I know your first kiss and I'm sorry you won't ever be able to tell anyone that..."

"All I want to do all the time is be by you and touch you and squeeze you tight to me and play with your hair."

"Alsothisis not as fun of a part but you to tell me if you ever want me to stop anything I do. I never want you to feel uncomfortable, because the way I talk to you is already bad, like could getmme in trouble. But no one can ever know about all this either. You already know that.."

"I kept dreaming about you pushing me against a wall with the hard thing and kissing me and like grabbing me with your other hand, my dreams go into us making out but then stop there, unfortunately ha!"

"I would for real do it, but mostly when are 18 so it's notillegallol!"

"Okayto answer some of your questions... I guess your hand could get kind of gross and wet ha! But it makes the girl feel good so guys do it. I wasn't thinking of you doing it to me! Okay! Just in general it made me laugh, but I don't believe that you have dreams about the robot thing-how do you even know about that?"

[…]

**Supplemental Narrative By Hilary Lundberg, 05/31/24 08:35**

The Hudson School District provided all emails that Bergmann received and sent during her employment at River Crest Elementary.  I reviewed thousands of emails that I was able to upload using an application called "Thunderbird".  The majority of emails were work related emails.

However, there were several emails exchanged between Bergmann, VICTIM, Faust and other students that were social content and lacked professional boundaries.

There were a total of thirty four emails exchanged between Bergmann and VICTIM from September 29, 2023 through October 29, 2023.  There were no further emails after this time that I observed.  Bergmann's (bergmannmadison@hudsonraiders.org) Hudson school district email address was used and VICTIM iCloud (█████████@icloud.com) email account was used.  The emails did not include anything regarding learning.  VICTIM did send many You Tube videos to Bergmann and photos were exchanged between the two.  Including a photo of Bergmann with Faust on 10-19-2023 (to VICTIM), VICTIM sent a photo of himself and another juvenile male to Bergmann who responded with "slay kings".

Bergmann sent VICTIM a message on 10-14-2023 wishing him a happy birthday with giph.  ( I did not observe any birthday wishes to her other students or former students).  They also referred to one another as bestie.

**Supplemental Narrative By Traci Hall, 07/22/24 11:11**

I, Detective/SRO Hall, of the Hudson Police Department reviewed the Cellebrite extraction report of the text messages that were exchanged between Madison Bergmann and VICTIM. There were 35,429 messages on 12,209 pages. It should be noted that the time stamps are in Universal Time and not Central Standard Time. The time stamp is five hours ahead of our local time. I will highlight some of the text messages in this report.

The first text message was sent on **December 26, 2023, at 1:33 PM (UTC)**.
FROM MADISON: Hey VICTIM, it's Ms. B It'll be easier to text you once I'm at the hill so we can meet so you can text me
FROM VICTIM: Oh ok

**Page 1223, February 3, 2:08 PM (UTC)**
MADISON: I had a dream about you
VICTIM: And is was about
MADISON: Stuff that I'll tell you about Monday
MADISON: What you did Friday when we were walking out the the hot air balloon
VICTIM: Yeah
VICTIM: Then it happened
VICTIM: Did it
MADISON: Mhmm
VICTIM: Was it just like a second seconds
MADISON: Much longer than a second
VICTIM: Like it went all the way past the session or was it just the first part but for long

VICTIM: Bro tell me
MADISON: Past the first part
VICTIM: Oh my lord
VICTIM: Well that must have been one dream
…..
MADISON: VICTIM this is so bad
VICTIM: Really bad
VICTIM: Your getting married

**Page 1456, February 7, 2024, 10:05 PM (UTC)**
MADISON: Dude I wish you could just hang out at school after school with me
…..
MADISON: I could drive you home
VICTIM: Yeah bro we should plan where we go to school then u drive me and u to my house to get my snowboard stuff
then we go snowboarding

**Page 2013, February 14, 2024, 11:12 PM (UTC)**
VICTIM: Besides he will probably just have a little fun at night
VICTIM: Haha
MADISON: VICTIM! No, bad
MADISON: Omg okay I am confused how you know things you know
MADISON: Like the robot!
VICTIM: Yeah that was funny but does that ever actually happen
MADISON: Not 100% sure what you're asking about like what part?
VICTIM: The part where the girl is on her knees
MADISON: Okay delete all this
VICTIM: I will
MADISON: Yeah it can happen
VICTIM: Have u
VICTIM: Chat
MADISON: This is something we can talk about it person okay
VICTIM: No I deleted all the messages so is it a yes or no
MADISON: Yes
VICTIM: Hahaha how many times like all the time or only a couple
MADISON: Are you saying literally like on knees?
VICTIM: Yeah
VICTIM: And he's standing
MADISON: Only a couple
VICTIM: Actually
VICTIM: That's crazy
VICTIM: I know I am 11 but like I feel like that would be weird but then I also have dreams about it
MADISON: Omg
MADISON: For real?
VICTIM: See bro what u thought today
VICTIM: That's just weird
VICTIM: And doesn't your hand get all like gross and u do it cause it feels good
MADISON: Okay stop
…..
MADISON: No this is how we get in trouble

**Page 2733, February 23, 2024 10:18 PM (UTC)**
MADISON: I have to tell you later what I was soooo close to doing as you were leaving
MADISON: But I made the better smart choice
MADISON: Unfortunately

VICTIM: Hahah ok tell me
MADISON: ▮▮▮▮ left and was like in the hall and you gave me a hug but then I stopped you
MADISON: (Recalled message)
VICTIM: Hahah oh my lord I wish

…..

MADISON: It woulda been so dangerous
VICTIM: I wish soo much
VICTIM: I wish I wish
VICTIM: Why did u not
MADISON: (blank message)
VICTIM: Your not a good person

…..

MADISON: No there is no cameras in the classroom

….

MADISON: Cause I have to be the adult and make good decisions

….

VICTIM: Yeah but u should of just done it
MADISON: Haha some day
MADISON: I was soooo close
VICTIM: Or this year you could have
MADISON: Last day of school
MADISON: Or sooner
VICTIM: Or even sooner then sooner
MADISON: Sounds like we gotta go snowboarding again haha

**Page 2803, February 24, 3:08 AM**
MADISON: When I put my hand in your hair and pulled you back and you said are you trying to kill me, I was gonna
MADISON: Yeah such facts
MADISON: I'll just dream about it all weekend now
VICTIM: Hahah oh that is when
VICTIM: Yeah you could have done it
VICTIM: Bro cmon tuffin up a little just do some things that u shouldn't but u know u want to
MADISON: I shoulda
VICTIM: Like texting me
MADISON: Yeah I already do plenty of that
MADISON: I'm not trying to go to jail for real
MADISON: But now that we've talked about it and I almost did it already I'm sure it'll happen
MADISON: I mean I know it will

**Page 4448, March 8, 2024, 1:12 PM (UTC)**
They wake up and exchange their dreams about each other.
MADISON: It's too bad we have bus duty now
MADISON: It would be a good day to hang back haha

**Page 4476, March 8, 2024 9:57 PM (UTC)**
VICTIM: I already miss you pookie
VICTIM: Pookie only got 1/10 of my goal today
VICTIM: But I still did it
MADISON: Haha I won! I did it 3 times
MADISON: I miss youuu
MADISON: I wish we didn't have bus duty
MADISON: Coulda stayed in class
VICTIM: Yeah and did it 1000

……

08/15/2024                                     11

MADISON: Okay wait I need to know, my second one was way better than first to you haha less aggressive yeah?
VICTIM: Yeah and I enjoyed that one way more
MADISON: This is such a slippery slope haha
VICTIM: Haha yeah
MADISON: Like now I just wanna do so much more
VICTIM: What u mean
MADISON: Haha well like our first deal I'm like well it's not that much worse than what happened today
MADISON: But it is!
VICTIM: No it's not I just have never had someone do that was the first time
MADISON: Haha oh my
MADISON: That's wild
VICTIM: That is why I over reacted

**Page 4586, March 9, 3:55 AM (UTC)**
MADISON: I mean we already go one step in
MADISON: We kissed cheeks today haha

**Page 7717, March 28, 09:02 PM**
MADISON: Also what's your question?!
….
VICTIM: (recalled message)
MADISON: Disagree
VICTIM: Bro your thing is hairy
VICTIM: And like rough
VICTIM: Haha
MADISON: Bro so is guys
MADISON: (2 recalled messages)
VICTIM: (recalled message)
VICTIM: And around that
VICTIM: Resend that I didn't see what you said
MADISON: (recalled message)
…
MADISON: Hahaha it isn't just around it
VICTIM: (recalled message)
MADISON: Where you actually lick is no hair
MADISON: Just above and around it haha …
Page 7734
VICTIM: Haha so what do u like
MADISON: (2 recalled messages)
VICTIM: Like hands
VICTIM: Inside
…
VICTIM: So just put a couple fingers in

**Page 9208, April 8, 09:10 PM (UTC)**
MADISON: Ugh I don't like that ▓▓▓▓ waits inside
VICTIM: Fr I was going to kiss u
VICTIM: I was soo hyped
VICTIM: I am so obsessed
MADISON: I was so hyped haha I was ready
MADISON: Even gonna kiss you on the cheek!
….
MADISON: Haha might have to stay in for recess for a few min
…

STATE OF WISCONSIN - VS - Madison Lynn Bergmann

VICTIM: Haha I need to kiss u I'm ready now like ready ready it's not that I even want to it's I'm ready
MADISON: Haha damn
MADISON: What changed
MADISON: Just feeling extra confident now
VICTIM: Haha idk the way you looked at me today and the way u said how close u we're to kissing me on the cheek
VICTIM: Just gave me a boost of energy
MADISON: Haha you are so cute oh my
MADISON: Okay this morning when I grabbed your shirt and like pulled you into me oh my goodness idk what it was but that moment just got me even more obsessed
VICTIM: Haha fr I just love you and could have done it
MADISON: (recalled message)
VICTIM: Haha yeah I realized that you were touching my chest a lot
VICTIM: Haha and that was so hot when u did it
MADISON: You are just like so strong
MADISON: (recalled message)
VICTIM: Haha oh my
MADISON: I wiiiish
VICTIM: That would be so hot
…
VICTIM: Haha wait I have a weird question
VICTIM: Do u lick Sam's chest
MADISON: Hahaha no
MADISON: That does make me realize it is so weird I wanna lick your abs haha
MADISON: I kiss his check sometimes if I'm like laying on his chest

**Page 9477, April 10, 2024, 8:59 PM (UTC)**
VICTIM: No way in hell that just happened
VICTIM: Haha
VICTIM: Girl oh my
VICTIM: How did that happen
MADISON: Hahaha oh my lord
MADISON: Dude that was actually so good haha
MADISON: I'm shaking
MADISON: Honestly so glad I just went for it haha
VICTIM: That was soooooo good
VICTIM: Idk how I left u after that
MADISON: Hahaha omg I can't believe that just happened
…
MADISON: Omg VICTIM
VICTIM: Bro what do u mean that was my first
….
VICTIM: And want to do it a million more times
MADISON: Hahaha me toooo it's so bad
….
MADISON: You falling on the floor after haha you are too cute

**Page 9605, April 11, 2024, 8:57 PM (UTC)**
MADISON: Omg omg omg
MADISON: Can't believe you just did that for real haha
VICTIM: Haha again
VICTIM: Haha that one was good
…
VICTIM: Haha better then yesterday
MADISON: Might be haha hard to say they are both just soooo good

STATE OF WISCONSIN - VS - Madison Lynn Bergmann

VICTIM: Haha that one was more aggressive but still so good
MADISON: Haha yeah true little more aggressive

….
MADISON: I get soooo red haha
VICTIM: Haha yeah u did haha how does Ms Faust not even guess that u walk into her room soooooo red

….
MADISON: (recalled message)
MADISON: And I touched your stomach today and almost died
VICTIM: Haha yeah that was funny
MADISON: So many bad thoughts haha
VICTIM: And I knew you would die

**Page 10107, April 15, 2024, 9:00 PM (UTC)**
VICTIM: Bro that was so long and so good and your hug was soooo good and tight
MADISON: Omg I waited alllll weekend to do that!
MADISON: I'm so in love with you!!!
…
MADISON: It was like almost two haha kinda went in and out and back in
VICTIM: Haha yeah cause like your lips gos up and it's close
….
MADISON: Hahaha okay I could be totally wrong and you can't be embarrassed at all
….
VICTIM: How did u think I was hard did u feel it
MADISON: Haha yes when I hugged you

**Page 10625, April 19, 2024, 12:41 AM (UTC)**
MADISON: Okay I'm gonna tell you something so bad but I'm scared it's gonna make you think I'm suuuuper weird and not like me
….
MADISON: Okay you know what you tease me about that I said I do when no one is home
VICTIM: Yeah
MADISON: And I like look at pictures sometimes
VICTIM: Yeah
MADISON: So yesterday…
VICTIM: Yesterday
MADISON: I was doing that and I for sure looked at pictures I have of you
VICTIM: Haha cool
VICTIM: Haha is that the first time
…
MADISON: Haha only one other time before that

**Page 10664, April 19, 2024, at 12:55 PM (UTC)**
VICTIM: Right now we have already kissed 9 or 10 times in only a week and 2 days
MADISON: On my goodness haha
MADISON: That's actually crazy
VICTIM: Haha and it's going to be 20 by the end of today
…
MADISON: …. You kiss me better than Sam does like you saying we always make out I try to but he always just kisses me with his mouth closed and super fast

**Page 10678, April 19, 8:58 PM (UTC)**
VICTIM: What were u trying to do you could have told me
VICTIM: Haha I didn't know what I was doing
VICTIM: Sorry if I did not do it good I was so lost of what u we're trying to do
MADISON: Haha no you did soooo good

MADISON: I love you soooo much

….

VICTIM: Because u u did something different like that was not just a kiss

….

MADISON: Haha when I hugged you before you left today I felt you again haha

**Page 11200, April 22, 2024, 9:08 PM (UTC)**
VICTIM: No I can't be away from u
VICTIM: I need u
MADISON: Haha I can't either
MADISON: I want to be touching you alllll the time
VICTIM: Fr I was trying so hard to touch your leg today
VICTIM: Haha was it good
VICTIM: Be honest
MADISON: I'm so serious any time you touch me at all I get butterflies and like so many feelings, it was good but idk how I sit that I can reach so far haha
MADISON: You pushed me against the cupboards today and oh my goodness and you throwing water at me earlier haha I just love you soooo much

…

VICTIM: Haha yo ur dress today oh my sexy and when you like touched my leg you went like soo far up my thigh and then when like my leg was in between yours at the back table my leg was like inside your dress and your legs were just squeezing mine
VICTIM: I just love u so much
MADISON: Dude I just want to wear dresses all the time now to actually like feel your leg and your hand on my skin
MADISON: I love when you put your legs like that

**Page 11472, April 24, 2024, 8:59 PM (UTC)**
VICTIM: I can not believe that just happens
VICTIM: Haha omg
VICTIM: Haha I already miss u
MADISON: I can not believe you did that!!!!! Oh my gosh haha

…

MADISON: Hahaha your reaction after
MADISON: You said "ahhhh I don't like that!"
VICTIM: Yeah I did it cause it was weird for a second but I wish I could do that forever now
VICTIM: Haha rate it out of ten
MADISON: 25

…

VICTIM: It was soo good and I'm still stooo hard
MADISON: The way you grabbed my face and went for it oh my lord I need to kiss you for so much longer
MADISON: Also you holding my hand and laying your head on me at the end of the day I'm so in love with you

…

MADISON: I know you say you don't know what you're doing touching my leg but oh my goodness it was soooo good

**Page 11573, April 25, 2024, 12:09 PM**
VICTIM: Haha I can't wait to see u today
VICTIM: (recalled message)
MADISON: Oh my haha I still am just speechless
VICTIM: Haha I am still hard
MADISON: I can't believe you actually like did that and it was good! Like you already knew how
VICTIM: Haha well that just means you're a good teacher
MADISON: Haha well I guess so

08/15/2024                15

MADISON: This is so dangerous
MADISON: I just wanna do it all the time now


**Page 11595, April 25, 2024, 9:05 PM (UTC)**
MADISON: Dude I love you so much more like I didn't think it was possible but oh my god today during reading
VICTIM: Hahah yeah I know I could tell u liked it because you just kept blushing
MADISON: (recalled message)
MADISON: I was actually in heaven
MADISON: (recalled message)
VICTIM: (2 recalled message)
VICTIM: U liked that
MADISON: Oh my goodness haha I for sure liked it
MADISON: (2 recalled message)
VICTIM: (recalled message)
VICTIM: Haha
MADISON: Haha higher than where my dress falls when I stand
VICTIM: I just kept on going but I didn't know if you uncomfortable because I was going like up your dress
MADISON: Haha I wasn't sure if you knew how high you were the first time that's why I looked at you haha but no it was soooo hot
VICTIM: Haha good
VICTIM: I will do it tomorrow too
MADISON: (recalled message)
MADISON: I'll wear a dress again
…
MADISON: I see you in the morning and I'm wet


**Page 11774, April 26, 9:04 PM (UTC)**
VICTIM: Bro today at lunch oh my heaven next week
VICTIM: If we have any more lunch bunches I will do it more and never stop until I have to
VICTIM: I just love it soo much and we just didn't stop like u just kept coming for more and I loved it don't be scared to do more I will always be ready
MADISON: I loooove you so much! I can't believe how good you are
MADISON: I wanted soooo much more
VICTIM: Haha I could tell u wanted a lot more but I needed a few seconds to re lock in haha
VICTIM: Next time I won't need that
MADISON: Hahaha no it's okay take all the time you need! For anything ever
Page 11796
MADISON: I can't believe how many times we kissed today
VICTIM: Haha I know and it was like for soo long I loved it's soo much
MADISON: And in the morning! That's crazy haha
Page 11803
MADISON: I just had to pull you in today too when you backed away I was like I should let him choose if he wants to kiss me or not but I was like I need more
VICTIM: Haha no idc u need to pull me in I want it soo bad
….
MADISON: It was funny our teeth touched today but like still soooo good I want to make out with you sooo much more


**Page 11840, April 27, 2024, 12:01 AM (UTC)**
VICTIM: Haha yeah how many times did we do it
MADISON: Oh my I think 4 times
MADISON: Today was like 3 haha but 4 separate time ya know
Page 11849

STATE OF WISCONSIN - VS - Madison Lynn Bergmann

MADISON: I just think about every little moment with you throughout the day when I'm not with you and it makes me
miss you sooo much!
MADISON: I love having my hand on your chest to like I always did but today I could feel your heart beating so much
haha

This is on information and belief of the undersigned Complainant based on information given to him/her by the following reliable informants: Detective Sergeant Hilary Lundberg and Detective/School Resource Officer Traci Hall, Hudson Police Department.

Subscribed and sworn to before me on 08/15/24

Electronically Signed By:

Alysja Otten

Assistant District Attorney

State Bar #: 1116161

Electronically Signed By:

Deputy Yvonne Johnson 8265

Complainant

08/15/2024                                                    17