# EXHIBIT  B

**FILED**

**08-13-2025**

**Circuit Court**

**St. Croix County, WI**

**2025CF000452**

| | |
|---|---|
| **STATE OF WISCONSIN**    **CIRCUIT COURT**    **ST. CROIX COUNTY** | |

| | |
|---|---|
| STATE OF WISCONSIN<br>            Plaintiff,<br><br>vs.<br><br>ABIGAIL M. FAUST<br>278 Brandon Drive<br>Hudson, WI 54016<br>DOB: 12/09/2000<br>Sex/Race: F/U<br>            Defendant. | DA Case No.: 2024SC001897<br>Assigned DA/ADA: Alysja Otten<br>Agency Case No.: HU202402258<br>Court Case No.: 2025CF000452<br><br>ATN:<br><br><br>**AMENDED CRIMINAL COMPLAINT** |

*For Official Use*

The undersigned Complainant, being first duly sworn, states that:

### Count 1: FAILURE TO PROTECT A CHILD

The above-named defendant on or between December 26, 2023 and May 1, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a person responsible for the welfare of a child under the age of sixteen, Victim 1, DOB 10/14/2012, with knowledge that a person intended to have sexual sexual contact with said child, did fail to take action to prevent the sexual contact and created an unreasonable risk of the sexual contact occurring, contrary to sec. 948.02(3), 939.50(3)(f) Wis. Stats., a Class F Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

### Count 2: CAUSE MENTAL HARM TO CHILD

The above-named defendant on or between December 26, 2023 and May 1, 2024, in the City of Hudson, St. Croix County, Wisconsin, did, while exercising temporary or permanent control of a child, cause mental harm to that child by conduct which demonstrates substantial disregard for the mental well-being of the child, contrary to sec. 948.04(1), 939.50(3)(f) Wis. Stats., a Class F Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

### Count 3: CHILD ENTICEMENT

The above-named defendant on or between April 1, 2024 and May 1, 2024, in the City of Hudson, St. Croix County, Wisconsin, with intent to cause mental harm, did cause a child under the age of 18, Victim 2, DOB 05/08/2013, to go into a secluded place, contrary to sec. 948.07(5), 939.50(3)(d) Wis. Stats., a Class D Felony, and upon conviction may be fined not more than One Hundred Thousand Dollars ($100,000), or imprisoned not more than twenty five (25) years, or both.

### Count 4: SEXUAL MISCONDUCT BY SCHOOL STAFF OR VOLUNTEER

The above-named defendant on or between April 1, 2024 and May 1, 2024, in the City of Hudson, St. Croix County, Wisconsin, as a school staff member or volunteer, did commit an act of sexual misconduct against a pupil enrolled in the school, contrary to sec. 948.098(2), 939.50(3)(i) Wis. Stats., a Class I Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

08/13/2025

**PROBABLE CAUSE:**

Your complainant is a Law Enforcement Officer with the St. Croix County Sheriff's Department who in that capacity has read and reviewed the official law enforcement agency reports of Detective Traci Hall of the Hudson Police Department, required by law to be made and kept and proved to be true, accurate and reliable in the past as concerns the individual Abigail Faust and which reports indicate as follows:

**Primary Narrative By Traci Hall, 07/24/24 06:37**

On May 2, 2024, I, Detective Hall, of the Hudson Police Department was at Rivercrest Elementary School conducting follow up on Case 24-2234 regarding Madison Bergmann and VICTIM 1. During this time, information came in concerning Abbi Faust and VICTIM 2, which I then opened a separate investigation specific for those two.

At approximately 1030 hours, I talked with Ma Susan Vang, a student aid at Rivercrest Elementary School. She explained that she had just started in January 2024. Shortly after she started, she started seeing some "red flags" regarding Abbi Faust. Vang explained that Faust was very close to a VICTIM 2.

Vang described a few situations that caused her hesitation. She stated that they would often be giggling and "flirting" during reading time and gives him a lot of attention. He would always sit next to her and often sit next to her legs. He would sit next to Faust's desk, and they would talk, as Faust would then yell at other students for talking. She described VICTIM 2 always last in line to be close to Faust. Vang also seen that they would intentionally be next to each other during circle time so they could hold hands.

Vang explained that on May 1, between 1030 hours and 1045 hours, Faust was in the art classroom, next to VICTIM 2 and they appeared to be upset. She felt this was odd, as Art is a Special Class and Faust does not need to be there, and usually isn't.

Vang was emotional and apologetic for not reporting the red flags. She stated that with her being new she did not feel comfortable reporting things, especially just suspicious behavior or red flags. Vang agreed that I could contact her again if needed.

Also, on May 2, 2024, I talked with Student 1's Mother by phone. During the conversation, she informed me that her son Student 1 heard from VICTIM 2 yesterday about what was going on. He went on to tell her that VICTIM 2 said that Ms. (Abbi) Faust had told VICTIM 2 about it and not to tell anyone. Student 1 told Student 1's Mother all this prior to her receiving the email from the school.

Student 1's Mother also expressed that this year was "tough" with Abbi Faust and Madison Bergmann. She explained that all the kids are borrowing each other's clothes, including the teachers. She hears kids saying that their teacher is in love with "so and so". Student 1's Mother also expressed frustration that Faust had favorites who she knew to be VICTIM 2 and the girls in the classroom.

Student 1's Mother stated that the parents had commented about how many student games that Faust and Bergmann were attending. She stated that they appreciate teachers supporting their students, but "20 games is excessive".

Student 1's Mother agreed that I could call her if I had any further questions.

As officer's were reviewing the handwritten notes between VICTIM 1 and Madison Bergmann, one of the notes from VICTIM 1 stated, "But Victim 2 kissing Ms. Faust on the cheek is not even

08/13/2025                                                                                      2

STATE OF WISCONSIN - VS - Abigail M. Faust

bad like I know we have had our first but like I still feel like it's not bad and do u think me and you have a stronger relationship then them". This note is in evidence under case 24-2234.

**Supplemental Narrative By Traci Hall, 06/03/24 16:43**

On Sunday, May 5, 2024, at approximately 1200 hours, I interviewed VICTIM 1 a second time. This was arranged through his dad, Victim 1's Father. Victim 1's Father advised me that VICTIM 1 had more information he wanted to share with me.

In the beginning of the interview, we reestablished the interview expectations and the difference between a truth and a lie, and VICTIM 1 promised to only tell the truth. During the interview, he informed me that the first time we talked he had a lot of emotions and wasn't able to tell me everything he wanted to. This time he came prepared with a list of things to talk about.

VICTIM 1 stated that after his mom, Victim 1's Mother overheard him talking with his teacher, Madison Bergmann, Victim 1's Mother explained to VICTIM 1 that he was crossing the line. He stated that he understood what she was saying so he tried to stay away from Ms. Bergmann while at school that day. He said he did other things to distract him and not let him think about it.

On Tuesday evening, his mom informed him that she was going to have to tell the principal and his dad. When thinking of how he was going to talk about it, he said that he had a lot of different "feels". He explained that he was happy, mad and scared. He bounced around in conversation during this time. Stating he was happy that she was finally getting talked to. At one-point in time, VICTIM 1 stated that he "didn't really actually like her", but felt he was "kind of just getting pushed into it". But he was also conflicted, because Ms. Bergmann was fun.

VICTIM 1 went on to say that on Wednesday morning, Ms. Bergmann was asking him what his mom knew. He stated that he didn't really want to talk to her but later she asked him to go into the classroom pod and talk with her. He explained that he did not want to tell her, so he lied to her and told her that nothing was going to happen. VICTIM 1 explained that he was crying while in the pod. He went on to say that afterwards the class went to their concert rehearsal. When he got back, he was crying again because he had so many "feels". He talked about being anxious because he did not know what or when anything was going to happen to Bergmann.

VICTIM 1 stated that when he came in from recess that day Bergmann asked him why he did not give her a hug and he said that he did not want to. Bergmann then requested VICTIM 1 to give her a hug, which he did. The class then started working on their Fast Bridge testing and that was when Bergmann was pulled from class. VICTIM 1 stated that he knew what was happening, but no one seemed to know.

After testing they began reading. It was during reading time that VICTIM 1 left the classroom to go to the bathroom. While in the hallway, teacher Abby Faust approached VICTIM 1 and asked him what had happened to Bergmann. VICTIM 1 explained that he did not want to tell her because he viewed her as possibly part of the problem. VICTIM 1 stated that Faust was saying how scared she was. VICTIM 1 explained to me that he wasn't scared or worried about it at that time, instead he described himself as not being happy but having a similar feeling as to happy. VICTIM 1 stated that she continued talking with him until another teacher came out and interrupted them and told VICTIM 1 to return to class. Later in the day, all the 5th grade students went outside for recess. During this time, Faust tried talking with VICTIM 1 again about how worried she was for Bergman. VICTIM 1 stated that he did agree with Faust as he did not want her to know how he really felt. They were again interrupted by the kickball game and other staff.

I then asked VICTIM 1 some follow up questions. During this time, I asked if he and Bergmann ever came up with a plan of what to tell people if they were talked to about them two. VICTIM 1 denied having a plan, but did state that Bergmann told him not to tell anyone that they "kissed or

08/13/2025                                                                 3

this or that". He stated that she tried to put words in his mouth by telling him that he could say one thing but not another thing.

I then asked VICTIM 1 why he believed Faust chose to talk to him about Bergmann in the hallway and at recess. VICTIM 1 stated that Faust knew that he knew what was going on. When I asked how she knew, he wasn't able to explain how or what Faust knew exactly. VICTIM 1 also informed me that he and Bergmann talked about Faust in conversations but not specifically about what she knows. VICTIM 1 denied ever telling Faust anything about him and Bergmann.

I asked VICTIM 1 to explain what he meant in a letter he wrote about him and Bergmann having a stronger relationship than VICTIM 2 and Faust. VICTIM 1 stated that he wanted to have a strong relationship with Bergmann. He described it as being best friends and someone you could trust, but at times certain things crossed the line and he did not know how to tell anyone about it. He believed that VICTIM 2 and Faust had a relationship but did not know if it was in a "weird way" or not. When I mentioned that he referenced VICTIM 2 and Faust kissing on the cheek in that same letter, VICTIM 1 stated that he doesn't remember if VICTIM 2 or Bergman told him about it happening but believed it to be from Bergmann.

Part of the interview conversation, VICTIM 1 expressed concern about how to deal with friends that are asking him questions and people spreading rumors. He talked about addressing feelings and how to have conversations with parents and siblings. He also talked about feeling confused about it all.

I then asked him that because he had more time to think about things since the first interview if he recalled anything else he did with Bergmann. He stated that there was a lot of kissing and a lot of touching. He said he felt uncomfortable and weird when it was happening.

**Supplemental Narrative By Hilary Lundberg, 05/07/24 14:50**

On 05-05-2024 I, Sergeant Lundberg along with SRO Hall attended a meeting at the River Crest Elementary School for the parents of all fifth grade students with Dr. Ouellette and other staff members of the Hudson School District at approximately 1600 hours.

While there I was approached by three women who advised me that there children had observed Bergmann and VICTIM 1 in a pod attached to Bergmann's room on 05-01-2024 and both were said to be crying. One parent identified herself as Jennifer K Chapdelaine █████ ████. Chapdelaine proceeded to tell me that a co-worker of hers from a school in Stillwater, Minnesota had told her that she had learned that Abigail Faust had a crush on one of her students.

On 05-07-2024 I called Chapdelaine and asked her for the name of her co-worker. Chapdelaine further explained that her co-worker who she identified as Emily Gipple has a friend in common with Faust and this friend told Gipple. Gipple did tell Chapdelaine that she was involved in a text message thread with this friend regarding Faust. I called Gipple who advised that she is friends with Grace Wise who is a friend of Faust's. Gipple advised that Wise told her that Faust had "face timed"her and the text messages between Wise and her she still has. She provided me with Wise's phone number and agreed to come to the Hudson Police Department after she gets done teaching at 1530 hours, so I can take screen shots of the text messages. Gipple did say that Wise made a CPS report regarding this information. (Confirmed by SRO Hall).

I called Wise who informed me that she is a college friend of Faust, and that she did make CPS report regarding Faust. Wise advised that she teaches in Prescott, WI and would come   for an interview after she completed teaching at 1500 hours.

At approximately 1545 hours Wise arrived at the Hudson Police Department. Wise said that she has known Faust a little over two years and that they were friends from college. Wise last spoke

with Faust in February of 2024 and the two were catching up. In that conversation Faust told her that she had a crush on one of her students. Faust laughed it off and nothing else was said.

When Wise learned of Madison Bergmann's arrest she text Faust. Wise said that Faust read the message, but did not respond. I took a screen shot of the text from Wise's phone.

I inquired to where Faust could be, and Wise did not know. She stated Faust's parents were getting a divorce and that her mother lived in the new apartments near River Crest Elementary, and that her father lived in the family house. I later received an e-mail from Wise with a screen shot of the last location Faust's cell phone was connected to an app showing her location. The date was May 1, 2024 at approximately 1731 hours. The phone appeared to be near the Massey Luxury Apartments located 1805 Mayer Rd. I was unable to print the photo. I took photos of it from my department issued cell phone.

I then interviewed Gipple who only had information provided by Wise. She also has been friends with Faust for a little over two years from UWRF.

Both interviews were audio/video recorded and saved. Photos 001-003 were uploaded.

Investigation continues.

**Supplemental Narrative By Traci Hall, 06/04/24 13:26**

On Sunday, May 5, 2024, I, Detective Hall, of the Hudson Police Department, joined Hudson School District Administrators and Detective Sergeant Lundberg at River Crest Elementary School for a public informational meeting regarding the fifth-grade teachers. Prior to the meeting I met with Student 2's Mother, ████████████ who provided me with her son, Student 2's cell phone at approximately 1545 hours. She provided me with his passcode of ████.

On the phone was a snapchat video regarding Student 2's teacher Abby Faust and student VICTIM 2. The video was taken and narrated by Student 2. It shows VICTIM 2 following Faust on the sidewalk outside of school at the end of the day. VICTIM 2 and Faust give each other a hug and then go their separate ways. There are other unidentified kids in the video on the sidewalk as well. Student 2 is calling VICTIM 2 a "teacher's pet" and making comments about the hug. The video was saved in multiple segments on his phone.

Student 2's Mother also informed me that her son, Student 2 had told her that Madison Bergmann had been arrested prior to the information being sent via email from the school district. She informed me that Student 2 had learned it from VICTIM 2 who was told by Faust. She gave me permission to talk with Student 2 at school in the days to come.

On May 7, 2024, at approximately 1345 hours, I interviewed Student 2 in the school counselor's office at River Crest Elementary School. The interview was recorded on my body camera. In the beginning of the interview, I established the interview expectations and had him distinguish the difference between a truth and a lie. Student 2 promised to only tell the truth.

Student 2 described his teacher, Abby Faust as being a nice and young teacher. He explained that Faust had favorite students who were VICTIM 2 and a couple of the girls. Student 2 described VICTIM 2 as being a good friend and a chill dude. When I asked Student 2 to explain the teacher-student relationship between VICTIM 2 and Faust, Student 2 stated that he never seen them do anything "inappropriate". He seen them talk a lot but did not hear their conversations. He did say that he had seen VICTIM 2 and Faust hug before, but Faust hugs everyone.

I then asked Student 2 about what VICTIM 2 told him along with other friends on the playground, the day everything happened. Student 2 stated that VICTIM 2 told him VICTIM 1

and Ms. Bergmann had been texting each other and "that's why they were going down". VICTIM 2 also told them that Faust might "have to go down too" because "she knew something about it". Student 2 explained that VICTIM 2 stated Faust told him this information. Student 2 informed me that VICTIM 2 told them on Wednesday during the 2nd recess, which would be around 3:00 pm. He described them as being by the basketball courts. Student 2 stated that "████" and "████" were the other students that were with him during this conversation with VICTIM 2.

Through clarifying questions, I learned that when Student 2 stated that Mr. Bergmann was "going down", it meant that she was going down to the office.

Student 2 did confirm that Faust had previously attended two of his hockey games. He stated that students let Faust know when their games were so she could go.

When I asked about the video Student 2 recorded of VICTIM 2, Student 2 stated that Faust was favoring VICTIM 2 all day and it was super annoying. He went on to explain that she would only talk to VICTIM 2 that day, and that VICTIM 2 was the only student that could stay inside at recess.

After the interview, Student 2 went back to class on his own. I later downloaded the videos from his phone. I returned the phone to River Crest Elementary School on May 10, per Student 2's Mother's request.

This investigation continues. EOR.

**Supplemental Narrative By Traci Hall, 07/24/24 11:29**

On Friday, May 3rd, 2024, I, Detective/SRO Hall, of the Hudson Police Department, met with Chief of Schools Officer Tara Gonyer, VICTIM 2, and his parents in the counselor's office at Rivercrest Elementary School. I requested to talk with VICTIM 2, but his parents wanted to be present during the interview. A school official was also present for their investigation as well. This interview was not recorded.

During this conversation, VICTIM 2 described Ms. Abbi Faust as being nice. He stated that she would help students when they needed it. He stated that the classroom behaviors became better as the year progressed. VICTIM 2 stated that he feels he has the same relationship with Faust as the other students. He did tell us that he gets picked on for being a "teacher's pet", but doesn't understand why. He denied ever being held back away from other peers. He denied having any secrets that needed to be kept. VICTIM 2 stated that he did know that some teachers were being called down and talked to, but he wasn't sure what about.

After VICTIM 2 returned to class, we expressed our concerns to his parents about what we have learned this far. During this time, VICTIM 2's mom, Victim 2's Mother, identified that he has become more anxious and has "big feelings" lately.

We concluded our conversation.

I was later contacted by Victim 2's Mother who was crying. She stated that she went through VICTIM 2's backpack after school and found a small post-it-note with Faust's phone number. Victim 2's Mother stated that she believed it to be in Faust's handwriting. When she asked VICTIM 2 about it, he began crying and shut down.

At that time, Victim 2's Mother agreed for me to conduct a formal forensic interview of VICTIM 2 at the Hudson Police Department.

On May 5, 2024, at approximately 1812 hours, I interviewed VICTIM 2 in the west interview room at the Hudson Police Department. In the beginning I explained that the conversation was

STATE OF WISCONSIN - VS - Abigail M. Faust

being recorded and I explained the interview expectations. VICTIM 2 was able to determine the difference between a truth and a lie, and VICTIM 2 promised to only tell the truth. I also explained to him that he was not in any trouble, since there was a rumor going around school that VICTIM 1 was in trouble and even suspended for what happened between him and Madison Bergmann (Case 24-2234).

During the interview we established who was in his family. Afterward, I asked him if he knew why he was there talking with me and he said no. He then went on to say that he thinks it has to do with what is going on at school. I asked him to tell me more about what is going on, he said he didn't really know because he tries to stay out of other people's business.

I asked VICTIM 2 what he liked about Ms. Abbi Faust, he stated that she is nice. He said he thinks the year has been going well and that he is doing well in class, getting his work done. I then asked him to describe his relationship with Faust. He responded by saying it was the same as all the other kids.

I asked him why he thinks students call him a teacher's pet, and he stated he did not really know why. He stated that he was only being called teacher's pet in the beginning of the year. He denied getting special attention or special treatment in the classroom.

I asked if there is anything of concern or anything I should know about what was going on between him and Faust and he stated no.

I then introduced the body diagrams. VICTIM 2 was able to identify most of the parts but did not know the names for breast or vagina, with that they are labeled "IDK". I had him use an orange highlighter to mark the "not okay" places to touch.

I then had him use a blue highlighter to show where it's not okay for others, but okay for parents to touch. He denied ever being touched, photographed, or having to touch any of the not okay places.

I asked VICTIM 2 to describe what would not be okay to happen between a student and a teacher. He stated if they were doing weird stuff, such as texting, communicating outside of school, and talking weird to a teacher. I asked him what weird means to him, and he pointed towards the body diagrams and stated doing that stuff or talking about it. I asked VICTIM 2 if he ever texted Faust or communicated with her outside of school and he said no.

I asked him if Faust ever gave him her phone number and he stated no. I asked him if he knew why her phone number was in his backpack and he stated he did not know. I asked him if he ever wrote Faust letters, and he explained that the whole class had to write her letters occasionally as homework. He stated that was the only time he wrote her letters. I asked him if he ever sat up at her desk which he denied. I told him I saw a letter that indicated that he and Faust may have kissed. He denied ever kissing or being kissed by Faust, either lips or cheek. He went on to say that would be weird for a student and teacher to do that. VICTIM 2 denied ever being alone in the classroom with Faust. When asked if the class ever holds hands during circle time, he stated yeah sometimes. When I asked him to tell me about one of those times, he recanted and stated that they actually don't hold hands.

After the interview, I met with VICTIM 2's parents and updated them on the interview. They stated that they would get VICTIM 2 in counseling to help him navigate his feelings about Faust.

It should be noted that in the interviews when VICTIM 2 stated he did not know what was going on; I did interview two other students and one parent (on behalf of her child) that all stated they heard from VICTIM 2 about Bergmann and VICTIM 1 texting prior to it being public information. Those students stated that VICTIM 2 had learned about it from Faust. Regarding him sitting by

08/13/2025                                                                 7

Faust's desk and holding her hand during circle time, both of which he denied, were witnessed by Ma Vang, the student aid. These statements are documented in supplemental reports.

I learned from Principal Osterhues that Faust was being "coached" and eventually not renewed for hire due to her lack of boundaries and favoring certain students, specifically VICTIM 2. Several students and teachers have reported that VICTIM 2 was one of Faust favorite students.

VICTIM 2 stated that he was not in the classroom alone with Faust. It was reported by his parents and other students that he did have indoor recess alone with Faust.

VICTIM 2 denied kissing or being kissed by Faust. The letter written by VICTIM 1 indicated that a kiss on the cheek occurred between VICTIM 2 and Faust. Also, upon reviewing VICTIM 1's text message exchange between him and Madison, there were a few text messages that talk about it.

I previously reviewed the Cellebrite extraction report of the text messages that were exchanged between Madison Bergmann and VICTIM 1. There were 35,429 messages on 12,209 pages. It should be noted that the time stamps are in Universal Time and not Central Standard Time. The time stamp is five hours ahead of our local time. The following are some that are in reference to Faust:

Page 6604, March 21, 24 at 1:52 AM (UTC) – screen shot of a text message exchange between Faust and Madison. Faust was expressing frustration of VICTIM 2's mood. One message states, "I just can't focus on him or give him the attention anymore because of everything else that is going on. Like I'm tired".

Page 7508, March 27, 2024, 12:14 PM (UTC) – screen shot of a text message exchange between Faust and Madison:

MADISON: Victim 1 said he was gonna kiss me on the cheek one day and I said no shot and he said say I won't so I said you won't and he said Victim 2 say I won't! And then that whole thing by you hahaha
MADISON: Couldn't say that with Sam by me hahaha
ABBI: Did he???
MADISON: No he means like someday
MADISON: Like last day of school
ABBI: I told Victim 2 "I bet they are gonna kiss"
MADISON: (crying laughing emoji, crying laughing emoji)
MADISON: Wouldn't be upset (eyes looking up emoji police car emoji)
ABBI: (Hands praying emoji, hands praying emoji)
MADISON: Praying for jail?!?
MADISON: Rude

Page 7963, March 29, 2025 9:43 PM (UTC)
MADISON: I joked with Ms Faust if she wanted to go get a tattoo tonight and I said you can get a small ▮ somewhere and she said "omg can you imagine! I'd get it right behind my ear" like part of me wants to tell her my idea
….
MADISON: No she would get his initial behind her ear

Page 7975,
MADISON Phone: Hiii ▮▮▮ I miss you and wish you could come get a soda with us. I love and miss you already! You better be at school Monday so I can see you byeeee ▮▮▮
VICTIM 1: Haha was that Ms. Faust
MADISON Phone: Yes it's meee
VICTIM 1: Haha what is up

08/13/2025                                                8

STATE OF WISCONSIN - VS - Abigail M. Faust

….

MADISON Phone: Yeah we're at Hudson tap you coulda got a soda with us haha
VICTIM 1: I wish I am already like 1 and a half away from tht
MADISON Phone: We love Pepsi
MADISON Phone: That's all we drink

…

MADISON Phone: I hear you like kitty cocktails
MADISON Phone: Me too ███
VICTIM 1: Haha yeah without the kitty
MADISON Phone: Ewwwww
VICTIM 1: Well that's what u like
MADISON Phone: What's that?
VICTIM 1: Haha nvm you ain't old enough yet
MADISON Phone: Nasty
VICTIM 1: Haha bro u haven't even had one u only 11
MADISON Phone: My brain was in the gutter on that one
VICTIM 1: Haha
MADISON Phone: I thought you were saying minus the kitty and tail
MADISON Phone: I'm scared
VICTIM 1: Haha nope just the kitty
VICTIM 1: Cause I like the cocktail

…

MADISON Phone: Where's my pookie?
VICTIM 1: Whatcha mean
VICTIM 1: Victim 2
MADISON Phone: Yep
VICTIM 1: Um idk probably at his house being depressed cause I hugged u 4 months ago
MADISON Phone: STOPPPPP
MADISON Phone: HAHAHHAHA
MADISON Phone: THATS GOLD
MADISON Phone: He's just a jealous guy
VICTIM 1: You know it's true
MADISON Phone: He likes his woman to himself

Page 9375, April 9, 2024, 9:38 PM (UTC)
MADISON: The other thing is about Abbi and Victim 2 haha I'll tell you in a min

…

MADISON: (recalled message)
MADISON: And she was like yep hahaha
VICTIM 1: Haha what
VICTIM 1: What did he do
MADISON: Hahaha idk what he did
MADISON: But do you know what that means
VICTIM 1: (recalled message)
MADISON: (recalled message)
VICTIM 1: Yeah
MADISON: That's just wild to me he said that to her
VICTIM 1: Yeah that crazy
VICTIM 1: Well now I have to ask u have u ever
MADISON: Hahaha of course! Looooots of times haha
MADISON: Thought I already told you that

…

MADISON: Dude haha like 4 times just today
VICTIM 1: But like is it like a drizzle or like an ocean haha
VICTIM 1: And can u feel when it comes out
MADISON: Haha honestly like once it starts it's over like I'm just wet all day it's not that much

STATE OF WISCONSIN - VS - Abigail M. Faust

MADISON: But sometimes I can feel it and sometimes not
VICTIM 1: Oh that's crazy
VICTIM 1: U wanna know something
…
Page 9490, April 10, 2024, 09:14 PM (UTC)
MADISON: Faust said she missed Victim 2 on the cheek and █████ maybe saw!

Page 9859, April 13, 2024, 9: 19 PM (UTC)
VICTIM 1: Bro Victim 2 saw the pic I sent u of my abs cause Ms Faust
MADISON: Noooo stop!!!!
MADISON: Omg I feel terrible!!!!!
MADISON: I should never have sent it!

Page 9905, April 14, 2024, 12:35 PM (UTC)
Madison previously stated that Faust was at her house and when VICTIM 1 asked her what they talked about, her response was….
MADISON: Mostly about you and Victim 2 and school haha

Page 10253, April 16, 2024, 9:32 PM (UTC)
MADISON: Honestly same they have kissed on the cheek but Victim 2 knows more than he tells you guys like the stuff he tells Faust is wild!
VICTIM 1: Haha
VICTIM 1: Bro what is the worst he's told ms Faust
MADISON: (recalled message)
VICTIM 1: Haha
MADISON: I just don't see that from him!
MADISON: (recalled message)
VICTIM 1: Haha yeah I guess
VICTIM 1: That's just funny
MADISON: It it funny haha
MADISON: Just wild haha

Page 10317, April 16, 2024, 10:58 PM (UTC)
MADISON: She said they talked about it today
VICTIM 1: Haha like about how there going to when there older or like now
MADISON: Like how he keeps making it younger and younger and being like just a few years and it'll be okay and she's like I might only be able to wait 3 years
MADISON: (recalled message)
VICTIM 1: Haha how are they even going to find each other
MADISON: Haha that's a good question honestly
VICTIM 1: Really after this year they will never see each other again
MADISON: That's kinda true until he gets a phone and emails her haha

Page 10428, April 17, 2024, 10:49 PM (UTC)
MADISON: Omg haha I still think that is soooo wild about Faust
VICTIM 1: Yeah but it could be worse
VICTIM 1: (recalled message)
MADISON: (recalled message)
VICTIM 1: Haha I don't think so
MADISON: (2 recalled messages)
VICTIM 1: (recalled message)
MADISON: Noooo it's wayyyyy worse!
MADISON: It's an actual crime
VICTIM 1: Bro so is the other thing
MADISON: (recalled messag)
VICTIM 1: Haha

08/13/2025                                    10

MADISON: Okay also the fact that it was like during reading while everyone else was there

Page 10718, April 19, 2024, 10:18 PM (UTC), Madison sends a video to VICTIM 1. The video is of her and Faust in a classroom. Faust states that she is jealous that Madison gets to text VICTIM 1 and that she (Faust) does not get to text "▉" (VICTIM 2).

Page 10762, April 20, 2024, 12:45 AM (UTC)
MADISON: Abbi says you are required to be besties with Victim 2 over the summer so she can talk to him

Page 11225, April 22, 2024, 10:26 PM (UTC)
MADISON: (recalled message)
MADISON: But only one time
MADISON: She didn't care
VICTIM 1: When
VICTIM 1: How where
MADISON: Awhile ago haha
…
VICTIM 1: How did u even tell her
MADISON: It was only once tho!!
MADISON: Don't say more
VICTIM 1: Haha u should tell her that we have done it like 15 times
…
MADISON: She wouldn't care about more than once but not that many times
VICTIM 1: Haha well we done it more then 15
VICTIM 1: Just tell her
…
MADISON: She thinks she will go to jail if I do haha

Page 11268, April 23, 2024, 12:30 AM
VICTIM 1: I should I have not told her
MADISON: No it's really okay! I put you in a bad position
…
MADISON: Yeah it's good you told her
MADISON: It'll make me tell her everything now
…
MADISON: She asked me when we have time to do that and I said why do you think he always wants to be the last one out of the room at the end of the day haha
MADISON: I said it's sooo bad because you're soooo good
…
MADISON: And she's jealous cause she says the kids never leave her alone so she time with VICTIM 2 alone

Page 11422, April 24, 2024, 12:50 AM
MADISON: Faust and I already have a plan of how to see you and Victim 2
VICTIM 1: Haha how
VICTIM 1: Will u see us
MADISON: (recalled message)
VICTIM 1: Haha yeah like that's going to happen

Page 11500, April 24, 2024, 9:39 PM (UTC)
MADISON: Should I tell Abbi what just happened?
MADISON: At school
…
VICTIM 1: Yeah tell her
VICTIM 1: Tell me what she says

STATE OF WISCONSIN - VS - Abigail M. Faust

MADISON: Haha okay I'll tell her
MADISON: I'll call her now
MADISON: She is speechless
VICTIM 1: Haha did u already tell her
VICTIM 1: Haha what is she saying
MADISON: She said my jaw is on the floor! She doesn't care haha
MADISON: She wants to with VICTIM 2

Page 11553, April 25, 2024, 12:50 AM (UTC)
MADISON: That's what Abbi said too like if she has 2 min alone with Victim 2 it would be bad haha
VICTIM 1: Haha what would she even do
VICTIM 1: She always does
VICTIM 1: At recess
MADISON: (recalled message)
VICTIM 1: Wait they have done worse then what
MADISON: That's true
MADISON: (recalled message)
VICTIM 1: Haha oh I see that's not even bad
VICTIM 1: But she needs to kiss him already but I don't think Victim 2 is ready for that ngl
VICTIM 1: I mean saying stuff is something but actually doing it is a whole other level
MADISON: That's so true! Anyone can talk but doing it is crazy
MADISON: (recalled message)
VICTIM 1: Haha when
VICTIM 1: Haha I can't wait to hear how this goes down
MADISON: Idk when haha we gotta plan it
MADISON: I will tell you right away
…
VICTIM 1: Bro they already have nothing but time at recess

Page 11829, April 26, 2024, 11:50 PM (UTC)
MADISON: OMG I can't believe I forgot to tell you what happened today with Faust
VICTIM 1: Haha haha oh no what happened
MADISON: (recalled message)
VICTIM 1: (recalled message)
MADISON: Yeah! Twice
VICTIM 1: Really
VICTIM 1: That's crazy
MADISON: She was literally planning it out with my yesterday and then came in and said guess what just happened
VICTIM 1: Haha when did she do it
MADISON: Before second recess and at the end of the day!
VICTIM 1: Haha damn I see her haha

With this information, I am referring this case to the St. Croix County District Attorney's Office for review for charges of Causing Mental Harm to a Child and Sexual Misconduct By a School Staff Person or any charge they see fit.

This case has been linked with Case 24-2234, please see additional supplemental reports under that case file for further information if needed.

I have no further information at this time. EOR.

**Supplemental Narrative By Traci Hall, 07/23/24 14:55**

I, Detective/SRO Hall, of the Hudson Police Department, received a phone call from Student 3's Father who informed me that his son Student 3 had told him about Bergmann being in trouble prior to the press release. He stated that his son heard about it from VICTIM 2 during recess. With that I scheduled a time to interview Student 3.

On May 8, 2024, at approximately 0800 hours, I interviewed Student 3 at his dad's, ████████ ██████. Student 3's Father was present during the interview. In the beginning of the interview, I explained the interview expectations. Student 3 was able to articulate the difference between a truth and a lie, and he promised to only tell the truth.

Student 3 informed me that Ms. (Abbi) Faust is his 5 th grade teacher. When I asked him to describe Faust as a teacher, he informed me that she favored students a lot. He stated that she was young and let them get off the hook a lot. She also had students that she did not like and did not want to be around.

When I asked him who her favorite students were, he stated that it was VICTIM 2 and the girls in class. He identified VICTIM 2 as the student who told him "about it". When I asked what VICTIM 2 had told him, he said that VICTIM 2 told him that Bergmann and VICTIM 1 were texting each other and the parents found out and reported it to the school and now the cops were involved. Student 3 stated that VICTIM 2 told him the day they found out they will have a long-term sub. This occurred during the second recess. This recess lasted approximately 50 minutes which was unusual. Student 3 informed me that this conversation took place with VICTIM 2, ████, and "████", near the basketball courts.

Student 3 stated that Faust had told VICTIM 2 about Bergmann and VICTIM 1. I asked how he knew Faust told VICTIM 2, he explained that Student 3 wouldn't know any other way. He went on to say that Faust and VICTIM 2 are close and always around each other. He also stated that VICTIM 2 said that Faust told him.

Student 3 went on to tell me about the lunch bunch he participated in "that day" (May 1 st) with Faust. He explained that the kids were released about five minutes before everyone else needed to clear their trays. This is unusual since sometimes, they even get to stay in through recess. He explained that Bergmann was in the classroom during this time with Faust. Bergmann was asked why she was crying earlier in the gym, and she stated that she was sad during their 5th grade farewell rehearsal.

During lunch bunches Faust usually interacts a lot more with the kids, however, this day she was focused on Bergmann. Student 3 stated that Faust sometimes even tells them things she probably shouldn't. When I asked what that would be Student 3 explained that she has talked to the kids about all of her relationships. During a different lunch bunch Faust informed them that BFFR stands for Be Fucking for Real.

When asked why he feels VICTIM 2 was one of Faust's favorites, Student 3 stated that VICTIM 2 is always at her desk, and always around each other. Faust and VICTIM 2 have stayed in alone from recess one time.

Student 3 described Bergmann as the other 5th grade teacher. He stated that she was kind and caring, but when she was around VICTIM 1 things felt different.

STUDENT 3 did not have any other information for me.

This investigation continues. EOR.

**Supplemental Report By Traci Hall, 11/12/24 10:11**

STATE OF WISCONSIN - VS - Abigail M. Faust

On August 15, 2024, after school hours, I, Detective/SRO Hall of the Hudson Police Department received a call from Taylor Sorrentino, a counselor with Valley Counseling. As I talked with Taylor, she informed me that as a mandated reporter she needed to report to me a statement her client VICTIM 2 had disclosed to her that day. She informed me that VICTIM 2 stated that his teacher had pushed him up against a wall and kissed him. He also talked about how he was forced to give hugs even though it made him uncomfortable. I asked Taylor follow up questions regarding day and time of the kiss and where on the body the kiss occurred, and Taylor did not know.

On August 20, 2024, I received a release of information signed by VICTIM 2's mom, Victim 2's Mother, allowing me to continue talking with Taylor as VICTIM 2's counseling continues.

I talked with Victim 2's Mother about re-interviewing VICTIM 2 and it was decided that he is not ready to talk with me about those details. I asked Victim 2's Mother if she could write a statement regarding her perception of how VICTIM 2 behaviors and emotions were affected by his relationship with his teacher Abigail Faust. After a couple of weeks Victim 2's Mother informed me that writing a letter has been too emotionally difficult to do so. With that I told her that she did not need to do anything to cause her more distress.

On Tuesday, September 24, 2024, at approximately 0930 hours, I interviewed River Crest Elementary School Counselor Anna Lurndal. During this time, she informed me that she felt VICTIM 2 had a change in behavior throughout the school year. She described him as always wearing a hood, seemed sad, less engaged, often with his eyes down and seemed sassier with redirection. She explained that VICTIM 2 was always in the back of the line with Faust. She described him as co-dependent and in a helpless state when he was around Faust. Lurndal noted that his behaviors corrected quickly after Faust was not his teacher anymore. She described VICTIM 2 had having a sense of "relief" after Faust was not able to return to the classroom.

Lurndal informed me that on Tuesday, November 28, 2023, she entered into the gym and observed VICTIM 2 leaning into Faust swaying back and forth. She stated that she remembered the date as if it was during the Bridge Building Activity. She explained that it struck her as really odd. However, she didn't do anything with it as there wasn't other red flags at that time.

Lurndal explained that she worked with Faust on some problem-solving things. One of which being on April 12, 2024. During this time, Lurndal assisted Faust, VICTIM 2 and another student with a restorative circle. The circle was needed as the other student was calling VICTIM 2 a teacher's pet, saying VICTIM 2 had a crush on Faust, and that VICTIM 2 was Faust's boyfriend.

The 25 minute interview was recorded on my body camera.

On November 12, 2024, I talked with Taylor by phone. She was able to inform me that on September 25, 2024, during a counseling session, VICTIM 2 did tell her more details about Faust kissing him. Taylor informed me that VICTIM 2 stated that the kiss occurred at the end of the day, after history class. Faust requested him to stay after and once all the other kids left, Faust pushed him up against the wall and kissed him on the lips. VICTIM 2 described Faust as acting normal the next day after the kiss. VICTIM 2 informed Taylor that he felt nervous the remainder of the year.

Taylor stated that she asked VICTIM 2 about him having Faust's phone number. VICTIM 2 informed her that Faust had put the phone number on his desk during class one day. VICTIM 2 stated that he was confused as to why she gave him her phone number. He described the phone number being shared sometime before the kiss occurred.

Taylor did not have any other details for me at this time.

08/13/2025                                              14

STATE OF WISCONSIN - VS - Abigail M. Faust

This is all the updated information I have at this time. EOR.

**Supplemental Narrative By Traci Hall, 01/23/25 11:30**

On Thursday, January 16, 2025, I, Detective/SRO Hall, of the Hudson Police Department, received a typed statement from Victim 2's Mother. In this written statement Victim 2's Mother explains some of the emotional and behavioral changes she observed in her son, VICTIM 2 during his 5th grade year. Victim 2's Mother writes that, "his behavior and emotions really started to change and got progressively more and more out of character for (VICTIM 2). He started to have extreme emotional reactions that did not fit current situations". She documents that she has to ask permission to hug and kiss VICTIM 2, so that she does not trigger something negative for him. I have attached the statement to the case file as VICTIM 2'S MOTHERS STATEMENT.

Victim 2's Mother also provided me with a Christmas Greeting card that she found previously in VICTIM 2's school belongings. The card is written to VICTIM 2 and signed "Love, Ms. Faust" with a heart drawing. Victim 2's Mother does not know if all the students received Christmas Cards from Ms. Faust or just VICTIM 2. I made a photocopy of the front and back of the card and attached it to the case file as CHRISTMAS CARD.

On Thursday, January 23, 2025, I received a text message from Victim 2's Mother stating that she, her husband, and VICTIM 2's counselor feel that if VICTIM 2 needs to do another interview they would like to get it scheduled and get it done. I advised I would talked with the St. Croix County District Attorney's Office regarding another interview and let her know.

I have no further information at this time. EOR.

**Supplemental Narrative By Traci Hall, 04/01/25 09:49**

On Monday, March 31, 2025, I, Detective/SRO Hall, of the Hudson Police Department, received VICTIM 2's medical records from Valley Counseling. I have attached the records in its entirety to the case file. The following are portions of the records that I noted.

June 24, 2024 – Intake Assessment: VICTIM 2's mother shared that he has at times been withdrawn from things he has had enjoyment for in the past. She has seen that he has had reactions that have not fit the situation, and he has often been tearful and sad recently. VICTIM 2 reports racing thoughts and being easily agitated/anger and irritable. It was shared that he is often worried about the investigation that is occurring.

July 22, 2024 – Summary of Session: VICTIM 2 became tearful of questions asked regarding his previous teacher.

July 30, 2024 – Psychotherapy Note: There are specific dates that they have as evidence that VICTIM 2 was alone with the teacher (VICTIM 2 lied about this today and said that the only time he was alone with her was when he got his water bottle for a drink of water) will try to discuss this lie and the evidence in the next session.

August 15, 2024 – Summary of Session: Therapist had VICTIM 2 journal in between sessions. In the journal VICTIM 2 wrote that his teacher would force him to give her hugs even though he did not want to. This was brought up in session and VICTIM 2 became tearful with his head down. VICTIM 2 at this time shared that she would ask him to give her hugs, and he did not feel he could tell her no.

Therapist then shared that it is believed that he and his teacher kissed. VICTIM 2 at first had a very slight head shake no but when therapist asked VICTIM 2 to clarify this answer, VICTIM 2 broke down in tears and said that his teacher kissed him. He then turned into his mother's side

08/13/2025                                                     15

and cried. VICTIM 2 shared that he felt that this was his fault. VICTIM 2 shared that his teacher pushed him against the wall and kissed him.

Mental Status Comments/ Notes: When questions were asked about his previous teacher, VICTIM 2 would turn his head and look down and often become tearful. When a question not surrounding his teacher was asked, he would have appropriate eye contact.

August 23, 2024 – Summary of Session: VICTIM 2 wrote in his journal that he was scared when she kissed him, and he didn't want to get in trouble. The therapist asked VICTIM 2 to remember how he felt in the situation, and he said he remembered feeling scared and anxious. VICTIM 2 acknowledges that he was starting to feel much better and had more calm emotions now that he has shared what happened between him and his teacher. VICTIM 2 said that although he feels better, he is not ready to talk to the police or be interviewed again yet.

September 4, 2024 – Summary of Session: Therapist asked VICTIM 2 how he was felling about being interviewed by the detective again and he became tearful and shared that he is having a hard time with his feeling about being interviewed again. He shared again that he does not want to be in trouble. The therapist shared that a report was already made to the detective and that they already know about the information that had shared during their session due to mandatory reporting. VICTIM 2 said that this made him feel better but that he still isn't quite ready to be interviewed again. During parts of the session, VICTIM 2 had his head down, poor contact and tears.

September 25, 2024 – Summary of Session: VICTIM 2 shared that it was the end of the day and the bell rang after his history class. His teacher asked to talk with VICTIM 2 and all of his classmates left. Once all of his classmates left, she pushed (shoved with two hands) him up against the wall and kissed him on the lips. He said that after this, he ran out and felt scared. He journaled that he felt helpless and scared during this. He shared during the session that he also felt very nervous the rest of the school year when around her / encountering her because he was scared. Therapist asked about his teacher giving him her phone number, he shared that she did this one day by putting her number on his desk. He shared that he was confused about why she did this. He said that this occurred before the kiss happened. VICTIM 2 expressed emotion with tears and having his head down when asked about the event of his teacher kissing him.

October 9, 2024 – Summary of Session: VICTIM 2 made great progress with being able to discuss the event without tearfulness, shutting down or extreme emotions.

November 20, 2024 – Summary of Session: VICTIM 2 shared that he would like to be interviewed for the final time this summer so that he is out of school because he doesn't want to be bullied.

January 22, 2025 – Summary of Session: VICTIM 2 was smiling during the session and has shown a lot of progress regarding talking about this situation. The therapist suggested to VICTIM 2's mother to reach out to the detective and let her know that VICTIM 2 will never be fully ready due to some anxious thoughts around doing an interview but that it will be best to have a date to complete it so that it is done.

March 11, 2025 – Summary of Session: Therapist will meet with VICTIM 2 again as needed.

**Supplemental Report By Traci Hall, 05/22/25 11:56**

On Monday, April 14, 2025, I, Detective/SRO Hall of the Hudson Police Department, received T-Mobile Records from LERRecords@T-Mobile.com. I copied all the records onto two flash drives. One for the St. Croix County District Attorney's Office and the other as evidence. I returned the search warrant to the St. Croix County Clerk of Courts on April 14, 2025.

Upon reviewing the phone records, I learned that the account was activated on December 30, 2014, and terminated on May 2, 2024. The Subscriber is Kevin Faust and the MSISDN Name is Abbi Faust. The address is listed at 278 Brandon Drive, which I know it to be where Abbi was living with her dad, Kevin Faust during the time of the investigation.

The phone records did not show content of the text messages exchanged. However, I was able to see where there are numerous phone calls and text messages exchanged between Abbi Faust (███████) and Madison Bergmann (███████) months and days leading up to the investigation.

I have no further information at this time. EOR.

**Supplemental Report By Traci Hall, 08/11/25 09:03**
CAUSING MENTAL HARM TO A CHILD
Case #HU202402258
Typed By Traci Hall

On Thursday, July 17, 2025, at approximately 1000 hours, I, Detective/SRO Hall, of the Hudson Police Department, conducted a forensic interview with VICTIM 2 in the west interview room. The interview was recorded.

In the beginning of the interview, I established the interview expectations which are for VICTIM 2 not to guess, to correct me if I am wrong, and to ask for clarification if needed. VICTIM 2 was able to distinguish the difference between a truth and a lie, and he promised to only tell the truth.

During the interview, VICTIM 2 informed me that one day his teacher Ms. (Abigail) Faust requested that he stay after school. After school that day and after all the other students had left, Faust pushed VICTIM 2 up against the wall and kissed him on the cheek. VICTIM 2 stated that it made him feel uncomfortable and scared. He immediately left the classroom. VICTIM 2 was not able to identify when this occurred. When talking about this incident, VICTIM 2's head was down, and he was crying.

VICTIM 2 stated that the kiss on the cheek occurred away from the doorway. He stated that he and Ms. Faust never talked about it after that. VICTIM 2 explained that he did not tell me initially as he was scared.

When asked about how he feels about Ms. Faust he stated that he never wants to see her again.

I have no further information at this time. EOR.

This is on information and belief of the undersigned Complainant based on information given to him/her by the following reliable informants: Detective Traci Hall, Hudson Police Department.


Subscribed and sworn to before me on 08/13/25

Electronically Signed By:

Erica T. Ellenwood

Assistant District Attorney

State Bar #: 1085879

Electronically Signed By:

Deputy 8261

Complainant