**TDS Webmail** **paralegalschellinger@tds.net**

## RE: Tender of Defense | Doe et al v Faust et al

**From :** Lori M. Lubinsky <LLubinsky@axley.com> Tue, Sep 22, 2026 09:44 AM
**Subject :** RE: Tender of Defense | Doe et al v Faust et al
**To :** paralegalschellinger@tds.net
**Cc :** Neal Schellinger <nschellinger@tds.net>, Kathy J. Butts <KButts@axley.com>

Neal

The email will confirm that my client denies your client Abigail Faust's tender of defense and indemnification because your client's actions that form the basis for the claims against her in this action were committed outside the scope of her employment with the District.

Thank you.

Lori

**Lori Lubinsky**
Attorney

**AXLEY LLP**
2 E. Mifflin St. Ste 200 | Madison, WI 53703
P.O. Box 1767 | Madison, WI 53701-1767
Phone: 608.283.6752 | Mobile: 608.438.8466 | Fax: 608.257.5444
Email: LLubinsky@axley.com | bio | axley.com

**Legal Assistant**: Kathy Butts
Phone: 608.283.6790 | Email: kbutts@axley.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information in this transmission is confidential and protected from disclosure by the attorney-client privilege, attorney work-product doctrine, privacy laws, or by its proprietary nature. This transmission is intended for the exclusive use of the named recipient. If you are not the named recipient or responsible to deliver it to the named recipient, you are notified that any use, copying, disclosure, dissemination, or other distribution of the information is strictly prohibited and you may be subject to legal restrictions or sanctions. If you have received this communication in error or are not sure whether it is confidential, please immediately notify us by return email or telephone at (608) 257-5661 and destroy all copies. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT
tabbies
F

**From:** paralegalschellinger@tds.net <paralegalschellinger@tds.net>
**Sent:** Tuesday, September 15, 2026 1:28 PM
**To:** Lori M. Lubinsky <LLubinsky@axley.com>
**Cc:** Neal Schellinger <nschellinger@tds.net>; Kathy J. Butts <KButts@axley.com>
**Subject:** Tender of Defense | Doe et al v Faust et al

Dear Attorney Lubinsky: Please see the attached correspondence from Attorney Neal Schellinger regarding this matter. Unless otherwise requested, no hard copy to follow. Thank you. Yours truly, Kira-Lynn Sagel, SBWCP Schellinger & Associates 316 N Grand Av

**External sender** <paralegalschellinger@tds.net>
Make sure you trust this sender before taking any actions.

Dear Attorney Lubinsky:

Please see the attached correspondence from Attorney Neal Schellinger regarding this matter. Unless otherwise requested, no hard copy to follow. Thank you.

Yours truly,

***Kira-Lynn Sagel, SBWCP***
Schellinger & Associates
316 N. Grand Avenue
Waukesha, WI 53186
262-522-7474
262-522-7471 (Fax)

**CONFIDENTIALITY NOTICE**
UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)]. This message is being sent by Schellinger & Associates, LLC., a law firm. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message. This message is protected by applicable legal privileges and is confidential. No confidentiality or privilege is waived or lost by an improper transmission.